DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA         :

    - v. -                       :

LORENZO RODRIGUEZ,               :
  a/k/a "Flaco,"
JOSE CIRRASQUILLO,               :
  a/k/a "Tio,"
DEMI ABRIHAM,                    :
  a/k/a "300,"
BRYANT DE LOS SANTOS,            :

           Defendants.    :

------------------------------------x

**ORDER**

07 Cr. 699 (HB)

      Upon the application of the United States of America, by and through Assistant Untied States Attorney Todd Blanche, and with the consent of each of the defendants by and through their counsel, it is hereby ORDERED that the time between September 21, 2007, and the date of the next scheduled conference, October 10, 2007, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to, among other things, review discovery and prepare for trial.

      SO ORDERED.

Dated:  September 27, 2007
       New York, New York

                                    Hon. Harold Baer
                                    United States District Judge