UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,                    07-Cr-699 (HB)

    -against-                                 NOTICE OF MOTION TO
                                               SUPPRESS PHYSICAL
                                               EVIDENCE
DEMI ABRIHAM,

        Defendant
-------------------------------------------------------X

SIRS:

    PLEASE TAKE NOTICE, that upon the annexed affidavit of the defendant Demi Abriham, duly sworn to on October 9th, 2007, the affirmation of David Segal, Esq. attorney for defendant dated October 9th, 2007, the indictment and all prior proceedings, the undersigned, on behalf of the defendant Demi Abriham, will move this Court before the Honorable Harold Baer, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be set by the Court for an Order:

    1.    Directing a hearing to determine the admissibility of the defendant's statements; and

    2.    Granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 9th, 2007

                                                      *David Segal*
                                                      DAVID SEGAL (DS-5108)
                                                      Attorney for Defendant
                                                      Office & P.O. Address:
                                                      30 Vesey Street, Suite 900
                                                      New York, New York 10007
                                                      (212) 406-9200

To:   Clerk
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, NY 10007

      Todd Blanche
      Southern District of New York
      One St. Andrews Plaza
      New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,   07-Cr-699 (HB)

    -against-   DEFENDANT'S AFFIDAVIT IN
    SUPPORT OF MOTION TO
DEMI ABRIHAM   SUPPRESS STATEMENTS

        Defendant
-------------------------------------------------------X
STATE OF NEW YORK   )
COUNTY OF NEW YORK  )ss.:

Demi Abriham, being duly sworn, deposes and says:

1. I am the defendant above named and submit this affidavit in support of my motion to suppress statements made by me on June 27, 2007.

2. I was arrested on June 27, 2007 in the Bronx. After being arrested I was taken by the police to their office in Brooklyn.

3. At the office I was asked questions by the police which I answered. After the questioning I was given a Waiver of Rights which I signed.

4. At no time did the police advise me of my rights before asking questions.

Wherefore, it is respectfully requested that a hearing be held to determine the legality of my statements.

                                _____
                                DEMI ABRIHAM

Sworn to before me this
___ day of October 2007

_____
Notary Public

ALLEN KRAMER
Notary Public, State of New York
No. 31-4804419
Qualified in New York County
Commission Expires Nov 15, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,                    07-Cr-699 (HB)

        -against-                                   AFFIRMATION IN SUPPORT
                                                        OF MOTION
DEMI ABRIHAM,

                Defendant
------------------------------------------------------X

        DAVID SEGAL, ESQ., an attorney duly admitted to practice law in the Courts of the State of New York, affirms under the penalties of perjury, the following:

        1. I am the attorney for the defendant Demi Abriham and submit this affirmation in support of the defendant's motion for an Order directing a hearing on the legality of the defendant's statements to police.

        2. Based upon the defendant's affidavit, a hearing should be ordered.

        Wherefore, it is respectfully requested that a hearing be ordered to determine the admissibility of the defendant's statements.

Dated: New York, New York
        October   , 2007

                                                          DAVID SEGAL (DS 5108)

| Index No.: | Year | RJI No.: | Hon: |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DEMI ABRIHAM

    Defendant

NOTICE OF MOTION

**DAVID SEGAL**
Attorney for Defendant
Office & Post Office Address, Telephone
**30 VESEY STREET
NEW YORK, N.Y. 10007
(212) 406-9200**

To:                                                                       Signature (Rule 130-1.1-a)

Print name beneath                                Attorney(s) for

Service of a copy of the within               is hereby admitted.
Dated,

                                                                    Attorney(s) for

Please take notice
[i] NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within names court on
[i] NOTICE OF SETLEMENT
that an order of which the within is a true copy will be presented for settlement to the HON.
one of the judges of the within names court, at                              on

                                        Yours, etc.
                                        **DAVID SEGAL**
To:                                   Attorney for Defendant
                                        Office & Post Office Address
Attorney(s) for:                         **30 VESEY STREET
                                        NEW YORK, NY 10007**