November 8, 2007

Honorable Harold Baer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

    Re: United States v. Lorenzo Rodriguez et al
       S1 07 Cr. 699 (HB)

Dear Judge Baer:

  I represent the defendant Demi Abrahim in the above entitled indictment.

  I am in receipt of the letter from Robert Blossner, Esq. attorney for Pedro Cabrera, dated November 6, 2007 to the court.

  I cannot start trial on January 14, 2008 as I am scheduled o begin a trial in the Southern District of Indiana, Indianapolis Division, on January 14, 2008.

            Respectfully,


            David Segal

DS/zt
CC: AUSA Todd Blanche
   Robert Blossner, Esq.
   Ellyn I. Bank, Esq.
   Ira D. London, Esq.
   Louis Aidala, Esq.
   Joan Palermo, Esq.