CERTIFICATE OF SERVICE

I hereby certify that on December \_\_\_\_, 2007, I caused a true and correct copy of the foregoing:

**1.  DEFENDANTS ABRIHAM AND CABRERA MEMORANDUM OF LAW IN SUPPORT OF MOTION THAT THERE WAS NO PROBABLE CAUSE TO ARREST THE DEFENDANTS WHEN THEIR VEHICLE WAS STOPPED**

together with the certificate of service, to be served via the Court's Electronic Case File System and first class mail, upon the following person:

To:  **Todd Blanche**
**Assistant U.S. Attorney**
**One St. Andrews Plaza**
**New York, NY 10007**

Dated:  December \_\_\_\_\_, 2007

_____
DAVID SEGAL