```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :    WAIVER OF INDICTMENT

         - v. -                     :    S5 07 Cr. 699 (HB)

DEMI ABRIHAM,                       :

                  Defendant.        :
- - - - - - - - - - - - - - - - - -x
```

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, and 1951, and Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
                                    _____
                                    Defendant

                                    _____
                                    Witness

                                    _____
                                    Counsel for Defendant
```

Date:   New York, New York
        January 11, 2008



0202