UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :          **INFORMATION**

          - v. -                  :          S5 07 Cr. 699 (HB)

DEMI ABRIHAM,                     :

          Defendant.    :

- - - - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

1.   From on or about June 26, 2007, up through and
including on or about June 27, 2007, in the Southern District of
New York and elsewhere, DEMI ABRIHAM, the defendant, and others
known and unknown, unlawfully, willfully, and knowingly conspired
to commit robbery, as that term is defined in Title 18, United
States Code, Section 1951(b)(1), to wit, the defendant, and
others known and unknown, conspired to rob a drug dealer of a
certain amount of cocaine in the Bronx, and would thereby have
obstructed, delayed and affected commerce and the movement of
articles and commodities in commerce, as that term is defined in
Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Sections 1951 and 2.)

COUNT TWO

The United States Attorney further charges:

2.   From on or about June 26, 2007, up through and
including on or about June 27, 2007, in the Southern District of

New York and elsewhere, DEMI ABRIHAM, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

3.   It was a part and an object of said conspiracy that DEMI ABRIHAM, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

### Overt Act

4.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.   On or about June 27, 2007, in Bronx, New York, DEMI ABRAHAM, the defendant, traveled to the vicinity of a storage facility in the Bronx, New York, to meet with other individuals to go and rob individuals he believed to be in possession of cocaine.

(Title 21, United States Code, Section 846.)

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### DEMI ABRIHAM,

Defendant.

## INFORMATION

S5 07 Cr. 699 (HB)

(18 U.S.C. §§ 2, 1951, 21 U.S.C. § 846.)

MICHAEL J. GARCIA
United States Attorney.