*Law Offices*
**DAVID SEGAL**

MEMBER LOUISIANA BAR

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/0
```

APR 14 2008
CHAMBERS
U.S. DISTRICT JUDGE
S.D.N.Y.

*30 Vesey Street, Suite 900*
*New York, New York 10007*

(212) 406-9200
(212) 943-5668

April 14, 2008

FAX: (212) 805-7901
Honorable Harold Baer
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

     Re: United States v. Demi Abraham
        07-CR-699 (HB)

Dear Judge Baer:

  I represent the defendant Demi Abrahim who is to be sentenced on April 17, 2008.

  I respectfully request an adjournment of the sentence to June 18, 2008, for the following reasons:

  The defendant is 5'10" and weighs 300 lbs. The defendant suffers from hypertension and heart palpitations. Because of his medical condition I am arranging for an up to date physical examination so he can receive treatment and medication for his heart and weight problems.

  I would like the medical report and prescriptions to be part of the PSI and be available to the BOP. He will be examined by an internist and cardiologist.

  AUSA Todd Blanche consents to my request for an adjournment.

  Thank you.

              Respectfully,

              David Segal

DS/al

CC: Todd Blanche
   Assistant U.S. Attorney
   Fax: (212) 637-2390

*[Handwritten annotation:]* Adjourned to 6/12/08 at 10:30 am. No more adjournments.

SO ORDERED

Harold Baer, Jr., U.S.D.J.
Date: 4/15/08