UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

      v.                         :

DEMI ABRIHAM,                  :

          Defendant.         :

- - - - - - - - - - - - - - - - x

**ORDER**

S5 07 Cr. 699 (HB)

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Kevin N. Fox, United States Magistrate Judge, on January 11, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Counts One and Two of Information S5 07 Cr. 699 (HB) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

      IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: April ___, 2008.   [handwritten: June 13 2008]

_____
The Honorable Harold Baer
United States District Judge